■ In the Matter of EDWARD LEYTMAN, Petitioner, v MARY GLASS, as Commissioner of the New York State Department of Social Services, et al., Respondents. [639 NYS2d 721]

The determination that the petitioner wilfully and without good cause violated work relief rules by failing to report to his worksite was supported by substantial evidence (*see, Matter of Tillman v Fahey,* 53 NY2d 815; *Matter of Van Leuvan v Blum,* 73 AD2d 1003). Mangano, P. J., Bracken, Copertino and Pizzuto, JJ., concur.